UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-23910-CIV-MORENO
(00-00287-CR-MORENO)

DONNOVAN BULGIN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Motion to Vacate the Sentence **(D.E. No. 1)**, filed on **October 31, 2011**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 15)** on **June 26, 2012**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 15)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Motion to Vacate is DISMISSED with prejudice and without an evidentiary hearing for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel and Parties of Record